/s/ John H. Waller, Jr., J.

/s/ E.C. Burnett, III, J.

504 S.E.2d 317

**In the Matter of Eric Peter NELSON, Respondent.**

Supreme Court of South Carolina.

Aug. 13, 1998.

## ORDER

By order dated June 6, 1997, respondent was placed on interim suspension pursuant to Rule 17(a), RLDE, Rule 413, SCACR, because he had been indicted for a serious crime. Respondent has been acquitted of the charge for which he was indicted.

IT IS ORDERED that the interim suspension imposed on June 6, 1997, is lifted.

/s/ Ernest A. Finney, Jr., C.J.

/s/ Jean H. Toal, J.

/s/ James E. Moore, J.

/s/ John H. Waller, Jr., J.

/s/ E.C. Burnett, III, J.